**F. A. REDMOND, Plaintiff In Error, v. J. C. CROWLEY, Defendant In Error.**

No. 1768—6026.

Commission of Appeals of Texas, Section A.
May 2, 1934.

Polk, Sansom & Terrell, of Fort Worth, and George T. Burgess, of Dallas, for plaintiff in error.

F. M. Brantly and H. M. Harrington, both of Fort Worth, for defendant in error.

CRITZ, Commissioner.

This suit was filed in the district court of Tarrant county, Tex., by F. A. Redmond against J. C. Crowley et al. Trial in the district court resulted in a judgment for Redmond. On appeal to the Court of Civil Appeals at Fort Worth by J. C. Crowley et al., that court, in an opinion by Chief Justice Conner, reversed the judgment of the district

court and remanded the cause for a new trial. 41 S.W.(2d) 274. F. A. Redmond brings error.

We have read and carefully considered Judge Conner's opinion, and find that same makes a proper disposition of this case and gives correct reasons therefor.

The judgment of the Court of Civil Appeals is affirmed.

Opinion adopted by the Supreme Court, May 2, 1934.